IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TED SWITZER and DIXIE SWITZER; and STATE OF CALIFORNIA, *ex rel.* TED SWITZER and DIXIE SWITZER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 123-158 |
| ROBERT C. WOOD, II, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

On November 20, 2023, the Court established a pleading schedule and stayed discovery pending resolution of Defendants' anticipated motions to dismiss Plaintiffs' amended complaint. (See doc. no. 172.) In that Order staying discovery, the Court directed that if any portion of the case remained after resolution of the motion, the parties shall confer and submit a joint Rule 26(f) Report, with proposed case deadlines, within fourteen days of the District Judge's ruling. (Id. at 2.) The Court further instructed that if anything in the ruling on the motion to dismiss justified continuation of the stay, the parties must so inform the Court within seven days. (Id.) United States District Judge J. Randal Hall ruled on the motion to dismiss on August 9, 2024, (doc. no. 186), and the deadlines to submit a joint Rule 26(f) Report or status report regarding a continued stay have passed. However, no report has been filed.

Accordingly, the Court **ORDERS** the parties to conduct a conference and file a joint 26(f) Report by the close of business Tuesday, September 3, 2024. Alternatively, the parties may inform the Court by September 3rd why the stay should be continued pending the outcome of the pending motions to dismiss the amended complaint. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 26th day of August, 2024, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA