IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TED SWITZER and DIXIE SWITZER; and STATE OF CALIFORNIA, *ex rel.* TED SWITZER and DIXIE SWITZER, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT C. WOOD, II, et al., <br><br> Defendants. | CV 123-158 |

**O R D E R**

The Court **GRANTS** Relators' request and extends the deadline for dismissal to May 30, 2025. (Doc. no. 203.)

SO ORDERED this 17th day of March, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA