IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. DIXIE SWITZER, AS EXECUTOR TO THE ESTATE OF TED SWITZER, and DIXIE SWITZER,     Plaintiffs,     v. ROBERT C. WOOD, et al.,     Defendants. | * * * * * * * * * * * * *    CV 123-158 |

**O R D E R**

Before the Court are Plaintiffs and Defendant University Health Services, Inc.'s ("University Health") joint motion for dismissal, as well as all appearing Parties' joint motion for dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 31 U.S.C. § 3730(b)(1). (Docs. 188, 210.)

Plaintiffs, University Health, and the United States each signed the joint motion to dismiss University Health. (Doc. 188, at 2.) Moreover, all Parties who have appeared in this action, including the United States, signed the joint motion to dismiss all Defendants; thus, the Court finds dismissal proper as to all appearing Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 31 U.S.C. § 3730(b)(1). (Doc. 210, at 2-3.) As to the non-appearing Defendants, Robert C. Wood and Access

Medical, LLC, dismissal is proper under Rule 41(a)(1)(A)(i) as neither has filed an answer or motion for summary judgment.

**IT IS THEREFORE ORDERED** that all claims against University Health; Thomas Parfenchuck, M.D.; Gregory Oetting, M.D.; and Augusta Spinal Associates, LLC are **DISMISSED WITH PREJUDICE** as to Ted and Dixie Switzer and **DISMISSED WITHOUT PREJUDICE** as to the United States. It is **FURTHER ORDERED** that all claims against Robert C. Wood and Access Medical, LLC are **DISMISSED WITHOUT PREJUDICE** as to all Plaintiffs. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of October, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA